# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOWNING WELLHEAD EQUIPMENT, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-157-RAW-SPS |
| **TRINITY OPERATING (USG), LLC,** | ) |
| Defendant. | ) |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that the motion to transfer or dismiss by defendant be granted in part.

No objection has been filed. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#29) is affirmed and adopted as the order of the court. The motion to transfer or dismiss (#8) is hereby granted as to transfer and denied as to dismissal. Pursuant to 28 U.S.C. §1404(a), this action is hereby transferred to the United States District Court for the Southern District of Texas.

**IT IS SO ORDERED** this 6th day of NOVEMBER, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**